UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Crim. No.: 21-20035-01
                                  Honorable Judith E. Levy
v.                                Magistrate Judge Anthony P. Patti

MATTHEW CHAPMAN,

        Defendant.

## ORDER OF DETENTION PENDING SUPERVISED RELEASE HEARING

On December 23, 2024, the defendant was brought before the Undersigned judicial officer for a detention hearing, pending his probation violation (SRV) hearing before Judge Judith E. Levy on February 5, 2025. After placing its reasoning on the record, all of which is hereby incorporated by this reference as though fully restated herein, the Court finds: (1) pursuant to 18 U.S.C. 3142(d)(2), that the defendant was placed on probation on July 19, 2022 for a term of four years, pursuant to a federal conviction for being a felon in possession of a firearm, and was subsequently incarcerated when his probation was violated and revoked, *inter alia*, for leaving the District without permission, and then put on supervised release (ECF No. 39), commencing March 11, 2024 for a two year term, and that he may flee or pose a danger to any other person or the community; (2) Defendant is now charged with multiple violations of supervised release (ECF No. 52); (3) pursuant to 18

U.S.C. 3142(e)(2), that no condition or combination of conditions can reasonably assure the defendant's appearance for the upcoming hearing before Judge Levy, his own safety or the safety of the community; and, (4) pursuant to Rule 32.1(a)(6), the defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of other persons in the community if released. In particular, Defendant poses a danger to the complaining witness in a December 6, 2024 domestic violence incident for which he has been charged in the 47th District Court for the State of Michigan. Accordingly, the defendant is placed in the custody of the United States Marshal Service and hereby **DETAINED** until Judge Levy considers his supervised release charges.

**IT IS SO ORDERED.**

Dated: December 26, 2024
Detroit, Michigan

ANTHONY P. PATTI
United States Magistrate Judge